UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Mary Agnes Wall</u>

            v.                    Case No.  07-cv-191-SM

<u>Catholic Medical Center</u>


ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER:   #16, Reply to Objection to Motion to Amend Complaint, filed by Plaintiff

DATE FILED:             August 26, 2007

      The document above fails to comply with:

      LR 7.1(e)(2)        Nondispositive motion:  reply memorandum is not permitted without prior leave of court


      It is herewith ordered that the document is stricken, returned herewith to the submitting party, and must be refiled.


      SO ORDERED.


                                                              /s/ James R. Muirhead

August   30 ,   2007                                _____

                                                           James R. Muirhead
                                                           United States Magistrate Judge


cc:      Vincent A. Wenners, Jr., Esq.
           Debra Weiss Ford, Esq.